# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0133.  MARSHAE D. BROOKS v. THE STATE.**

In 2011, Marshae D. Brooks pled guilty to multiple offenses, for which he was sentenced to life imprisonment.  He subsequently filed a "Motion to Retain Right to Withdraw the October 28, 2011 Guilty Plea."  The trial court denied the motion, treating it as a motion to withdraw a guilty plea.  Brooks then filed an application for discretionary appeal in this Court. Jurisdiction, however, appears to lie in the Supreme Court.

From the limited information included in the application materials, it appears that at least one of Brooks's convictions was for murder.  Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Brooks's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  11/01/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*